Robert BOHAN, Petitioner–Appellee–
Cross–Appellant,

v.

Robert KUHLMANN, Superintendent,
Sullivan Correctional Facility, Re-
spondent–Appellant–Cross–Appellee.

No. 02–2580(L), 03–2050(XAP).

United States Court of Appeals,
Second Circuit.

June 16, 2003.

Joel A. Brenner, NY, for Petitioner–
Appellee–Cross–Appellant.

Sylvia Wertheimer, Assistant District
Attorney, New York County, N.Y. (Robert
M. Morganthau, District Attorney, Mark
Dwyer, Assistant District Attorney, on the
briefs), for Respondent–Appellant–Cross–
Appellee.

PRESENT: MINER, JACOBS, and
CABRANES, Circuit Judges.

### SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT
BE PUBLISHED IN THE FEDERAL
REPORTER AND MAY NOT BE CITED
AS PRECEDENTIAL AUTHORITY TO
THIS OR ANY OTHER COURT, BUT
MAY BE CALLED TO THE ATTEN-
TION OF THIS OR ANY OTHER
COURT IN A SUBSEQUENT STAGE
OF THIS CASE, IN A RELATED CASE,
OR IN ANY CASE FOR PURPOSES OF
COLLATERAL ESTOPPEL OR RES
JUDICATA.

At a stated term of the United States
Court of Appeals for the Second Circuit,
held at the Thurgood Marshall United
States Courthouse, Foley Square, in the
City of New York, on the 16th day of June,
two thousand and three.

UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED, ADJUDGED
AND DECREED that the case is AF-
FIRMED.

The government appeals from a final
judgment in the United States District
Court for the Southern District of New
York (Marrero, *J.*) granting Robert Bo-
han's petition for a writ of *habeas corpus*
pursuant to 28 U.S.C. § 2254. We affirm
for substantially the reasons stated by the
district court. *See Bohan v. Kuhlmann*,
234 F.Supp.2d 231 (S.D.N.Y.2002).

The district court opinion relies upon
*Noble v. Kelly*, 246 F.3d 93 (2d Cir.), *cert.
denied*, 534 U.S. 886, 122 S.Ct. 197, 151
L.Ed.2d 139 (2001). Although this panel is
likewise constrained by that precedent, we
have doubts as to whether *Taylor v. Illi-
nois*, 484 U.S. 400, 108 S.Ct. 646, 98
L.Ed.2d 798 (1988), prohibits state courts
from precluding an un-noticed alibi witness
from testifying if less onerous sanctions
are available, absent a finding of wilful-
ness.

We also granted a Certificate of Appeal-
ability on the issue of whether comments
by the prosecution during summation de-
prived Bohan of a fair trial. Because Bo-
han is entitled to *habeas* relief on other
grounds, we decline to decide this issue

and dismiss this separately docketed cross-appeal (docket no. 03–2050).